# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2415
LT Case No. 2018-CF-001593-B

_____

MATTHEW ANTHONY SPLUNGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Matthew Anthony Splunge, Live Oak, pro se.

No Appearance for Appellee.


October 17, 2023


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., and MAKAR and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____